# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: International Union of Operating Engineers, Local 150, AFL-CIO, et al.
v.
J & J Asphalt Paving, Inc.

Case Number:

An appearance is hereby filed by the undersigned as attorney for: Plaintiffs, IUOE, Local 150, AFL-CIO, Midwest Operating Engineers Welfare Fund, Midwest Operating Engineers Pension Trust Fund, Operating Engineers Local 150 Apprenticeship Fund, Local 150 IUOE Vacation Savings Plan, Midwest Operating Engineers Retirement Enhancement Fund and Construction Industry Research and Service Trust Fund

Attorney name (type or print):

Firm:

Street address:

City/State/Zip:

Bar ID Number:
(See item 3 in instructions)

Telephone Number:

Email Address:

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | |
| Are you acting as local counsel in this case? | | |
| Are you a member of the court's trial bar? | | |
| If this case reaches trial, will you act as the trial attorney? | | |

If this is a criminal case, check your status.

Retained Counsel

Appointed Counsel
If appointed counsel, are you a
Federal Defender
CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015