IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Midwest Operating Engineers Welfare Fund; Midwest Operating Engineers Pension Trust Fund; Operating Engineers Local 150 Apprenticeship Fund; Local 150 IUOE Vacation Savings Plan; Midwest Operating Engineers Retirement Enhancement Fund; and Construction Industry Research and Service Trust Fund; and International Union of Operating Engineers, Local 150, AFL-CIO; <br><br> Plaintiffs, <br> v. <br><br> J & J Asphalt Paving, Inc.; <br><br> Defendant. | Case No.: 18-cv-2791 <br><br> Judge: Rebecca R. Pallmeyer <br><br> Magistrate Judge: M. David Weisman |

## JUDGMENT ORDER

This matter coming on to be heard upon the Motion of Plaintiffs ("the Funds," "Local 150," and "CRF"), it appearing to the Court that the Defendant, J& J Asphalt Paving, Inc., has been regularly served with process and failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

That it has jurisdiction of the subject matter herein and of the parties hereto.

The Defendant is bound to a collective bargaining agreement ("CBA") with Local 150.

As of the date of the Motion, the Funds, CRF and Local 150 have expended $7,387.50 in attorneys' fees for this litigation and $620.00 in costs.

That there is no just cause for delay in the entry of a Judgment Order as to the sum of $53,500.32 owed to the Plaintiffs from Defendant.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED:

That Local 150 recovers from the Defendant the amount of $1,418.64 for administrative dues.

That CRF recovers from the Defendant the amount of $1,309.06 in contributions, liquidated damages and interest.

That the Funds recover from the Defendant the amount of $50,761.92 which includes unpaid contributions, liquidated damages, interest, attorneys' fees, and costs.

That Defendant is enjoined to perform specifically its obligations to the Funds, including submission of the required reports and contributions due thereon to the Funds, CRF, and Local 150 in a timely fashion as required by the plans, the CBA, and by ERISA;

Plaintiffs are awarded execution for the collection of the Judgment and costs and fees granted hereunder.

The Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_____
UNITED STATES DISTRICT COURT

DATED: July 2, 2018